IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Freeman, Donna Lorraine | Case Number: 04 B 29259 |
| | Judge: Hollis, Pamela S |
| Printed: 3/4/08 | Filed: 8/6/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 15, 2008
Confirmed: October 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 91,942.21 | |
| Secured: | | 8,859.72 |
| Unsecured: | | 69,009.91 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 4,530.37 |
| Other Funds: | | 6,842.21 |
| Totals: | 91,942.21 | 91,942.21 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Toyota Motor Credit Corporatio | Secured | 8,859.72 | 8,859.72 |
| 3. | SLMA Trust | Unsecured | 0.00 | 0.00 |
| 4. | Credit First | Unsecured | 285.99 | 339.64 |
| 5. | RoundUp Funding LLC | Unsecured | 355.26 | 421.90 |
| 6. | Retailers National Bank | Unsecured | 71.41 | 84.80 |
| 7. | Resurgent Capital Services | Unsecured | 3,583.22 | 4,255.35 |
| 8. | Lord & Taylor | Unsecured | 613.01 | 728.00 |
| 9. | World Financial Network Nat'l | Unsecured | 565.19 | 671.20 |
| 10. | Kohl's/Kohl's Dept Stores | Unsecured | 2,277.39 | 2,704.59 |
| 11. | Card Processing Center | Unsecured | 6,576.96 | 7,810.65 |
| 12. | ECast Settlement Corp | Unsecured | 2,911.20 | 3,457.28 |
| 13. | Resurgent Capital Services | Unsecured | 522.08 | 620.01 |
| 14. | United Student Aid Funds Inc | Unsecured | 25,187.53 | 29,724.32 |
| 15. | American Express Centurion | Unsecured | 1,815.18 | 2,155.67 |
| 16. | Resurgent Capital Services | Unsecured | 3,880.64 | 4,608.57 |
| 17. | Capital One | Unsecured | 296.16 | 351.72 |
| 18. | Capital One | Unsecured | 1,673.48 | 1,987.39 |
| 19. | ECast Settlement Corp | Unsecured | 7,653.23 | 9,088.82 |
| 20. | Harris Trust & Savings Bank | Secured | | No Claim Filed |
| 21. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 22. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 23. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 69,827.65 | $ 80,569.63 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Freeman, Donna Lorraine | Case Number: 04 B 29259 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 3/4/08 | Filed: 8/6/04 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 1,065.37 |
| 4% | 276.17 |
| 3% | 207.16 |
| 5.5% | 1,138.23 |
| 5% | 345.24 |
| 4.8% | (192.06) |
| 5.4% | 1,690.26 |
| | _____ |
| | $ 4,530.37 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

